

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     INDICTMENT

    - v. -                         :     07 Cr.

MARIA DIAZ-MAYA,                  :     **07 CRIM. 1135**
    a/k/a "Angeles Gomez,"          :

          Defendant.              :

- - - - - - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

1. On or about December 4, 2007, in the Southern District of New York, MARIA DIAZ-MAYA, the defendant, together with others known and unknown, unlawfully, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and object of the conspiracy that MARIA DIAZ-MAYA, the defendant, and others known and unknown, would distribute and possess with intent to distribute a controlled substance, to wit, 100 grams and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B).

## OVERT ACTS

3. In furtherance of the conspiracy and to effect the

illegal object thereof, MARIA DIAZ-MAYA, the defendant, committed the following overt act, among others, in the Southern District of New York:

    a.   On or about December 4, 2007, DIAZ-MAYA received a package in White Plains, New York.

(Title 21, United States Code, Section 846.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney