# Federal Defenders
## OF NEW YORK, INC.

JAN 2 2008

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

---

Leonard F. Joy
*Executive Director and*
*Attorney-in-Chief*

Paul E. Davison
*Attorney-in-Charge*
*White Plains*

January 23, 2008

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re:   **United States v. Maria Diaz-Maya**
      **07 Cr. 1135 (KMK)**

Dear Judge Karas:

This will confirm that the next pretrial conference in this matter has been adjourned, on consent, from January 30 to February 5, 2008, at 10:00 a.m.

The purpose of the adjournment is to facilitate ongoing plea discussions.

The defense consents to exclusion of the intervening time from the Speedy Trial Act calculations, as we believe that the adjournment is in the interest of justice.

Respectfully,

Paul E. Davison
(914) 428-7126

cc:   Nicholas McQuade, Esq.
      Assistant United States Attorney

---

So ordered.

Time is excluded until February 5, 2008 in the interests of justice. See 18 USC § 3161(h)(8)(A).

K M K
1/24/08