

FEB -- 2008

U.S. Department of Justice

United States Attorney
Southern District of New York

# MEMO ENDORSED

United States Courthouse
300 Quarropas Street
White Plains, New York 10601

February 1, 2008

MEMO ENDORS[ED]

**BY HAND**

Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re:   **United States v. Maria Diaz-Maya**
      07 Cr. 1135 (KMK)

Dear Judge Karas:

      The Government respectfully submits this letter to request, with the consent of defense counsel, that the appearance in the above-referenced matter scheduled for February 5, 2008 at 10:00 a.m., be adjourned until the following week at a time that is convenient for the Court. The Government respectfully requests, with the consent of defense counsel, that time be excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(F), from February 5, 2008 through the date of the next appearance.

      Thank you for your consideration of this matter.

*Conference is adjourned until February 14, 2008, at 10:15. Time is excluded until that date, in the interests of justice.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _N__ L. M^cC_____
Nicholas L. McQuaid
Assistant United States Attorney
(914) 993-1936

cc: Paul Davison, Esq. (By Hand)

SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.
2/4/08